Thank you very much. I would also be surprised if you would say that you didn't know what you were doing, and you probably didn't know what you were doing at the time. I'm sorry. I'm sorry. I would also be surprised if you would say that you didn't know what you were doing, and you probably didn't know what you were doing at the time. I'm sorry if you would say that you didn't know what you were doing. I would also be surprised if you would say that you didn't know what you were doing at the time. I would be surprised if you would say that you didn't know what you were doing at the time. I would also be surprised that your representatives in those hearings, and after the classics agenda, were so earnest and persistent in pursuing zero public interest. were so earnest and persistent in pursuing zero public interest. This is wrong, this is wrong, this is exactly what matters. It requires a person who recently lost his or her self-esteem. But in general, and by the way, it's the same thing. It's the same thing as what you're currently doing. It's what I hope you will do. My question to you is that, this is from your ex-president, and he actually seems to have the same perspective as all the reporters, so could you speak a little bit to that? He actually seems to have the same perspective as all the reporters, so could you speak a little bit to that? Sure. So, I don't know if it's possible for you to speak to this issue, but I would be inclined to. Mm hmm. Everybody likes to see what's popular on T.V.. A CEO. Mm hmm. Exactly what you're talking about.  and watching things on T.V. And so, Yeah. But it's like there is something about being the boss and having to see what's on T.V. and of course, all of this is the creation of these creators all of them are and what is important for us to know is that people send these types of emails about um um the customers about  and all that and so you think about the customers it doesn't matter the total number of employees the number of employees managed by Todd the number of active users of the Apple software and the number of the major maintenance institutes and things like that. Yes, So we can get back to Todd and have Todd answer the first question just just a moment Just a quick a quick quick That's a good one. So I don't know if I should include it all this question because you're You're sort of saying this was kind of subjugated subjugated basically essentially and it was in so far as they said they didn't take very much into consideration of the public health issue but you're suggesting that this kind of approach is extremely racist and can raise a lot of questions and that someone who's in a special position sort of being judged as a subjugated subjugated person and all this question because I don't know if I should include it all this question because I don't know if   it all    I don't know if I should include it all this question because I don't know if I should include it all this   I don't know   it all   because I don't know if I should include it all this question because I don't know if I should it all this  because I don't know all this question because  don't know if I should include it all   because I I don't know if  should  it all this question if  should include it all  question because include it all this  because I should include it  this question because question because I don't  if     it    because I don't know don't  if I should include   question because   know if I should    include  all this question because all this question because    if I should include
judges: Berzon, N.R. Smith, Christensen